**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUC BURBON on behalf of herself and all others similarly situated,

     Plaintiffs,

-against-

H. STERN JEWELERS, INC.
     Defendant.

Case No. 1:18-cv-08953-KPF

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    February 20, 2019

            Respectfully submitted,

            */s/ Joseph H. Mizrahi*
            Cohen & Mizrahi LLP
            *Attorneys for Plaintiff*